```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, JR., Bar #177913
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorneys for Defendant
    TRINIDAD A. JACKY
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Cr.S. 08-184-GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER CONTINUE |
| | ) JUDGMENT AND SENTENCING AND SET A |
| v. | ) NEW PRESENTENCE REPORT SCHEDULE |
| TRINIDAD A. JACKY, | ) Judge: Hon. Gregory G. Hollows |
| | ) Date: Spetember 22, 2008 |
| Defendant. | ) Time: 2:00 p.m. |

   The United States of America, through ROBERT TICE-RASKIN, Assistant United States Attorney, United States Probation Officer, LINDA O. DILLON, together with defendant, TRINIDAD A. JACKY by and through his counsel MICHAEL PETRIK, JR., of the Federal Defenders Office, hereby stipulate to continue the judgment and sentencing hearing from September 8, 2008 at 2:00 p.m. to September 22, 2008 at 2:00 p.m.

   The following will be the new presentence report schedule:

   Presentence Report disclosed . . . . . . . . . . . . August 18, 2008

/ / /

/ / /

```
     Counsel's Written Objections to the Presentence
     Report Shall be Delivered to the Probation Officer
     and Opposing Counsel no Later Than . . . . . . . . September 1, 2008

     The Presentence Report Shall be Filed with the
     Court and Disclosed to Counsel no Later Than  . . . September 8, 2008

     Motion for Correction of the Presentence Report
     Shall be Filed with the Court and Served on the
     Probation Officer and Opposing Counsel no
     Later Than . . . . . . . . . . . . . . . . . . . . September 15, 2008
```

Dated: August 7, 2008               Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


                                    /s/  Michael Petrik, Jr.
                                    _____
                                    MICHAEL PETRIK, JR.
                                    Staff Attorney
                                    Attorneys for Defendant
                                    TRINIDAD A. JACKY


Dated: August 7, 2008               McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Robert Tice-Raskin
                                    _____
                                    ROBERT TICE-RASKIN
                                    Assistant U.S. Attorney


**O R D E R**

IT IS SO ORDERED.


Dated: 08/13/08
                                    /s/ Gregory G. Hollows
                                    _____
                                    United States Magistrate Court

jacky.ord