```
 1  DANIEL BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Staff Attorney
 3  Designated Counsel For Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorneys for Defendant
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 08-CR-184-FCD-GGH |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| v. | ) Date: December 15, 2008 |
| | ) Time: 10:00 a.m. |
| TRINIDAD A. JACKY, | ) Judge: Hon. Frank C. Damrell, Jr. |
| Defendant. | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, S. Robert Tice-Raskin, Assistant United States Attorney, and Michael Petrik, Jr., Staff Attorney, attorney for Ms. Jacky, that the Court should vacate the hearing scheduled for December 15, 2008, at 10:00 a.m., and reset it for February 17, 2009, at 10:00 a.m.

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation And Order                1                08-CR-184-FCD-GGH

The parties also stipulate to the following briefing schedule:

Appellant's Brief and Excerpt due . . . . . . . . . January 12, 2009;

Appellee's Brief and Excerpt due . . . . . . . . . February 9, 2009;

Hearing on appeal . . . . . . . . . February 17, 2009 at 10:00 a.m.

Since the issue on appeal is discrete, Ms. Jacky waives a reply brief.

Dated: December 2, 2008                Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       MICHAEL PETRIK, Jr.
                                       Staff Attorney
                                       Attorneys for Defendant


Dated: December 2, 2008                MCGREGOR W. SCOTT
                                       United States Attorney

                                       /s/ S. Robert Tice-Raskin
                                       S. ROBERT TICE-RASKIN
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff


**ORDER**

**IT IS SO ORDERED.**

DATED: November 2, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Stipulation And Order                  2                  08-CR-184-FCD-GGH