```
DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Staff Attorney/Misdemeanor Unit
Designated Counsel For Service
STELLA CHOE
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700
```

Attorneys for Ms. Jacky

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TRINIDAD A. JACKY, <br><br> Defendant. | No. Cr.S. 08-184-FCD-GGH <br><br> AMENDED [~~PROPOSED~~] ORDER SEALING RECORD |

Defendant's case has been appealed to the District Court. The Opening Brief refers to the defendant's Advisory Guideline Presentence Investigation Report. Accordingly, defendant filed the Presentence Repot under seal.

**IT IS HEREBY ORDERED** that the Clerk of the Court shall file the defendant's Advisory Guideline Presentence Investigation Report under seal.

Dated: January 15, 2009

_____
FRANK C. DAMRELL, Jr.
United States District Court