```
LAWRENCE G. BROWN
Acting United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JENNIFER E. DAVIS
Certified Law Clerk, Misdemeanor Unit
501 "I" Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRINIDAD A. JACKY,<br><br>　　　　Defendant. | Cr. No. S-08-184-FCD<br><br>ORDER AUTHORIZING CERTIFIED LAW STUDENT TO APPEAR AND ARGUE ON BEHALF OF THE GOVERNMENT<br><br>DATE:　February 17, 2009<br>TIME:　10:00 a.m.<br>JUDGE:　Hon. Frank C. Damrell, Jr. |

　　　Under Local Rule 83-181, the government's request for permission for JENNIFER E. DAVIS, a certified law student in the United States Attorney's Office Misdemeanor Unit, to argue the appeal on behalf the government is granted.

　　　IT IS SO ORDERED.

DATED: January 21, 2009

　　　　　　　　　　　　　　　　　　／s／ Frank C. Damrell, Jr.
　　　　　　　　　　　　　　　　　　FRANK C. DAMRELL, JR.
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1